IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-13-BO

| | |
|---|---|
| JAMAL HABIB GOODMAN,<br>Petitioner, | )<br>)<br>) |
| v. | )     O R D E R<br>) |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>) |

This cause comes before the Court on petitioner's motion for copies of his plea colloquy and sentencing transcripts [DE 43].

Petitioner has moved pursuant to 28 U.S.C. § 2250. Copies of the record may be provided without cost when, following an application for writ of habeas corpus, an order has been granted permitting a petitioner to proceed *in forma pauperis*. 28 U.S.C. § 2250. Petitioner has not filed such an application, nor has he been granted leave to proceed *in forma pauperis*.

Additionally, petitioner has not demonstrated the need for free copies, as required by law. *United States v. Glass*, 317 F.2d 200 (4th Cir. 1963) (a petitioner is not provided free copies "merely to comb the record in the hope of discovering some flaw.").

For these reasons, petitioner's motion [DE 43] is DENIED.

SO ORDERED, this  25  day of June, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE